JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ERIC LAVELLE WILLIAMS, | ) | Case No. CV 15-1388-JFW(AJW) |
| Petitioner, | ) | |
| v. | ) | |
| WARDEN, | ) | JUDGMENT |
| Respondent. | ) | |

It is hereby adjudged that this action is **dismissed without prejudice.**

Date: June 12, 2015

_____
John F. Walter
United States District Judge